**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Interest of Madilynn N., a Juvenile Under the Age of Eighteen, Appellant.

Appellate Case No. 2022-001530

───────────────

Appeal From Orangeburg County
Randall E. McGee, Family Court Judge

───────────────

Unpublished Opinion No. 2024-UP-335
Submitted September 1, 2024 – Filed October 2, 2024

───────────────

**APPEAL DISMISSED**

───────────────

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

───────────────

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.